*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re:                                                                               Chapter: 7

    Erik J. Miller and Jeanine M. Miller

Debtor(s)                                                           Case No: 10–12629–jkf

_____

*ORDER*

AND NOW, 7/22/10 , the debtor having failed to file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 727(a)(11); see also Bankruptcy Rule 4004, or a request for a waiver from this requirement. 11 U.S.C. § 109(h)(4),

And the statement regarding personal financial management was due, *see* Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have until 8/5/10 to file a statement regarding completion of an instructional course concerning personal financial management. If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 7 discharge. See Advisory Committee Note to Fed. R. Bankr. P. 4004.

                                                                     For The Court

                                                                     Jean K. FitzSimon

                                                                     Judge ,United States Bankruptcy Court

26
Form 211

# CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: Stacey                Page 1 of 1                  Date Rcvd: Jul 22, 2010
Case: 10-12629                 Form ID: 211                Total Noticed: 1

The following entities were noticed by first class mail on Jul 24, 2010.
db/jdb        +Erik J. Miller,   Jeanine M. Miller,   789 Sandra Lane,   East Norriton, PA 19403-3917

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 24, 2010**                     **Signature:**     *Joseph Speetjens*